EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | |
|---|---|
| | 2010 TSPR 119 |
| Gilberto Acosta Ayala | 179 DPR _____ |

Número del Caso: TS-4700

Fecha: 6 de julio de 2010

Abogado de la Parte Peticionaria:

                    Por derecho Propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del
proceso de compilación y publicación oficial de las decisiones
del Tribunal. Su distribución electrónica se hace como un
servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Gilberto Acosta Ayala                    4700


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por el Lcdo. Gilberto Acosta Ayala, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo